UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KETEMA ROSS, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>JAY INSLEE, et al.,<br><br>　　　　　　　　Defendants. | NO:  2:14-CV-0130-TOR<br><br>ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS AND SUBSTITUTE DEFENDANTS |

BEFORE THE COURT is the parties' Stipulation and Joint Motion to Dismiss and Substitute Defendants (ECF No. 59).  In the instant motion, the parties stipulate and move to (1) voluntarily dismiss without prejudice Defendant Jay Inslee, in his official capacity as Governor of the State of Washington, from this action, and (2) to substitute Patricia Lashway, in her official capacity as Acting Secretary of Washington Department of Social and Health Services, for Kevin Quigley, who has resigned from the position of Secretary.

Pursuant to the parties' stipulation, this Court **GRANTS** the parties' motion. Defendant Jay Inslee is **DISMISSED** from this action, *see* Fed. R. Civ. P.

ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS AND SUBSTITUTE DEFENDANTS ~ 1

41(a)(1)(A)(ii), and Patricia Lashway shall be **SUBSTITUTED** for Kevin Quigley as the Defendant in this action.

**IT IS ORDERED:**

1. The parties' Stipulation and Joint Motion to Dismiss and Substitute Defendants (ECF No. 59) is **GRANTED**.
2. Defendant Jay Inslee is **DISMISSED without prejudice** from this action.
3. Patricia Lashway shall be **SUBSTITUTED** as the Defendant in this action.
4. The parties shall file a joint status report no later than **June 1, 2016** advising the Court how the parties intend to proceed in this matter.

The District Court Clerk is directed to enter this Order, **AMEND** the caption accordingly, and provide copies to counsel.

**DATED** April 28, 2016.

*Thomas O. Rice*
THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS AND SUBSTITUTE DEFENDANTS ~ 2