1

2

3

4

5                  UNITED STATES DISTRICT COURT

6                  EASTERN DISTRICT OF WASHINGTON

7   KETEMA ROSS, et al.,
                                            NO: 4:14-CV-0130-TOR
8                      Plaintiffs,
                                            ORDER GRANTING JOINT MOTION
9        v.                                 FOR DISMISSAL

10  PATRICIA LASHWAY, in her
    official capacity as Secretary of
11  Washington Department of Social and
    Health Services, et al.,
12
                       Defendants.
13

14       BEFORE THE COURT is the parties' Joint Motion for Dismissal with

15  prejudice (ECF No. 92). The motion was submitted without a request for oral

16  argument. The Court has reviewed the motion and the file herein, and is fully

17  informed.

18       Plaintiffs brought this suit seeking to improve the care of patients sent to the

19  Western State Hospital and the Eastern State Hospital after being adjudicated not

20  guilty by reason of insanity. Ultimately, the parties agreed upon terms of

settlement and the Court approved the parties' settlement agreement on August 26, 2016. *See* ECF Nos. 62; 63. The Court ordered the parties to submit status reports every six months to "ensure compliance." ECF No. 63 at 2. Now, the parties represent that both state hospitals are in substantial compliance with the settlement agreement and "[a]s recognition of the extensive and successful efforts . . . to transform [] patient care, the parties now jointly submit this motion to dismiss . . ." ECF No. 92 at 3.

Pursuant to the parties' stipulation, and for good cause shown, the Motion to Dismiss with prejudice (ECF No. 92) is **granted**.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

The parties' Joint Motion for Dismissal with prejudice (ECF No. 92) is **GRANTED**.

The District Court Executive is directed to **enter** this Order, and judgment accordingly, **furnish** copies to counsel, and **close** the file.

**DATED** August 7, 2019.



THOMAS O. RICE
Chief United States District Judge